John Heenan
Bishop & Heenan Law Firm
1631 Zimmerman Trail
Billings, MT 59102
406-839-9091
john@bishopandheenan.com

Timothy M. Bechtold
Bechtold Law Firm, P.L.L.C.
PO Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TRACY STONE-MANNING, RICHARD MANNING, and KRISTINE AKLAND, | ) CV-15-139-M-DLC ) |
| Plaintiffs, | ) **NOTICE OF DISMISSAL** ) |
| vs. | ) ) |
| VOLKSWAGEN GROUP OF AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

Plaintiffs hereby provide notice that they voluntarily dismiss this matter without prejudice pursuant to FRCP 41(a).

DATED this 2nd day of December, 2015.

/s/Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC

John Heenan
BISHOP & HEENAN LAW FIRM

ATTORNEYS FOR PLAINTIFFS